UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD LOPES

v.  Ca 09-263

MAYOR OF PAWTUCKET, et al.

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on January 7, 2011. The Magistrate Judge recommends that the complaint be dismissed pursuant to 28 U.S. C. § 1915(e)(2). The Court has considered Plaintiff's objections and finds that they are without merit. Accordingly, the Court adopts the Report and Recommendation in its entirety and makes the following orders:

1. Plaintiff's Fourth Amendment malicious prosecution claims are DISMISSED without prejudice;

2. The remaining federal claims are DISMISSED with prejudice; and,

3. The supplemental state law claims are DISMISSED without prejudice for lack of jurisdiction.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January 28, 2011